IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUN 26 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:08CR131 |
| | |
| | Counts 1 and 2: 18 U.S.C. § 401(3) |
| v. | Criminal Contempt |
| | |
| SAMI AMIN AL-ARIAN | |

JUNE 2008 TERM - AT ALEXANDRIA

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about October 16, 2007, in the City of Alexandria, in the Eastern District of Virginia, the defendant, SAMI AMIN AL-ARIAN, did unlawfully, knowingly, and willfully disobey and resist the lawful order of a court of the United States, in that, having been called to testify as a witness before Grand Jury 07-1, and having been ordered to testify by a United States District Judge under the condition that nothing that the defendant said in the course of such testimony could be used against him except in a prosecution for perjury, giving a false statement, or obstruction of justice, or for criminal conduct begun and undertaken after the giving of such testimony or provision of such other information is completed, or for otherwise disobeying the Court's order, the defendant refused to testify, and unlawfully, knowingly, and willfully disobeyed that order.

(In violation of Title 18, United States Code, Section 401(3).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 20, 2008, in the City of Alexandria, in the Eastern District of Virginia, the defendant, SAMI AMIN AL-ARIAN, did unlawfully, knowingly, and willfully disobey and resist the lawful order of a court of the United States, in that, having been called to testify as a witness before Grand Jury 08-1, and having been ordered to testify by a United States District Judge under the condition that nothing that the defendant said in the course of such testimony could be used against him except in a prosecution for perjury, giving a false statement, or obstruction of justice, or for criminal conduct begun and undertaken after the giving of such testimony or provision of such other information is completed, or for otherwise disobeying the Court's order, the defendant refused to testify, and unlawfully, knowingly, and willfully disobeyed that order.

(In violation of Title 18, United States Code, Section 401(3).)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREMAN OF THE GRAND JURY

Chuck Rosenberg
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney