IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES ) <br> ) <br> ) <br> v. ) <br> ) <br> SAMI AMIN AL-ARIAN ) <br> ) | Case No. 1:08cr131 |

### DR. AL-ARIAN'S MOTION TO MODIFY
### CONDITIONS OF PRE-TRIAL RELEASE

On July 10, 2008, the Court granted Defendant Dr. Sami Amin Al-Arian's motion for pre-trial release by setting certain conditions for such release. (*See* Dkt. No 11). Those conditions included, among other things, (1) ordering the defendant, once released, to be placed under house arrest with active GPS monitoring; (2) using the defendant's TIAA-Cref retirement fund, which is worth approximately $340,000, as bond; (3) ordering that the defendant, once released, to be placed in the custody of his son Abdullah Al-Arian; (4) ordering that the defendant, once released, only to leave home to go to court appearances and to attend to medical needs; and (5) ordering the defendant to surrender any passports and/or travel documents.[1] (*See id.*).

Dr. Al-Arian moves to substitute his daughter, Laila Al-Arian, as the third-party custodian were he to be released before trial. Since the Court's order, Nahla Al-Arian, Dr. Al-Arian's wife, has returned from Egypt and is currently residing in the two bedroom apartment previously occupied by Abdullah Al-Arian, Abdullah's wife, Jennifer, and Laila Al-Arian. Dr.

---

[1] Dr. Al-Arian, even after complying with all of the above, is still in the custody of Immigrations and Customs Enforcement of the Department of Homeland Security ("ICE"), which has not responded to multiple requests from counsel regarding his status, even though he has been held well past the ninety day period allowed under the statute.

Al-Arian's oldest son, Abdullah Al-Arian, the previously designated custodian, would like to move out of his current residence with his wife, Jennifer, so that all parties can live more comfortably. Abdullah would only be moving a short distance away but because of this move, Abdullah would no longer be living at the same residence as his mother and his sister Laila Al-Arian, which is where Dr. Al-Arian would prefer to reside were he to be released before trial. As a result, Dr. Al-Arian asks the Court to modify the conditions of pre-trial release so that Laila Al-Arian would serve as the third-party custodian.

Counsel for Dr. Al-Arian has informed the United States Probation Officer for Pretrial Services previously designated as responsible for the case of this proposed move. Pretrial Services subsequently interviewed Laila Al-Arian to determine her suitability as a custodian, as she would remain at the same address. Pretrial Services has stated that they "have interviewed Laila Al-Arian and conducted a criminal background check on her. She appears to be a suitable third party custodian." Defense Counsel sought consent from the government on this motion. AUSA Kromberg stated that the government did not consent.

## CONCLUSION

For the foregoing reasons, Dr. Al-Arian respectfully requests that the Court modify the bond order and conditions for pretrial release by substituting Laila Al-Arian as third-party custodian in the event that Dr. Al-Arian is released from ICE custody.

Respectfully submitted,

Dr. Sami Amin Al-Arian
By Counsel

Jonathan Turley (*pro hac vice* lead counsel)
2000 H Street, N.W.
Washington, D.C. 20052
Phone No. (202) 994-7001
Facsimile No. (202) 994-9811
jturley@law.gwu.edu

/s/ P.J. Meitl
William E. Olson, VA Bar. No. 47251
P.J. Meitl, VA Bar. No. 73215
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005
Phone: (202) 508-6000
Facsimile: (202) 508-6200
weolson@bryancave.com
pj.meitl@bryancave.com

Dated: August 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mr. Gordon Kromberg, Esq.
Assistant United States Attorney
2100 Jamieson Ave.
Alexandria, Virginia 22314-5794
(703) 299-3800 phone
gordon.kromberg@usdoj.gov

*Attorney for the United States*

                                                   /s/
                                     P.J. Meitl, VA Bar. No. 73215
                                     Bryan Cave LLP
                                     700 Thirteenth Street, N.W., Suite 700
                                     Washington, D.C. 20005-3960
                                     Telephone: (202) 508-6000
                                     Facsimile: (202) 508-6200
                                     pj.meitl@bryancave.com

                                     *Counsel for Dr. Al-Arian*