IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 1:08cr131 (LMB) |
| ) | |
| SAMI AMIN AL-ARIAN, ) | |
| ) | |
| Defendant. ) | |

FILED APR 22 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### ORDER

Because the parties have fully briefed the facts and legal contentions raised in the defendant's Motion to Dismiss the Indictment [111] and have previously argued similar issues before the Court, additional oral argument will not aid the decisional process; and, it is hereby

ORDERED that the hearing on the defendant's Motion to Dismiss the Indictment [111] be and is cancelled. The Court will issue a written opinion on the motion in the near future.

The Clerk is directed to remove oral argument from the April 24, 2009 calendar and to forward copies of this Order to counsel of record.

Entered this 22nd day of April, 2009.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

