

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES ) | |
| ) | 1:08cr131 (LMB) |
| v. ) | |
| ) | |
| SAMI AMIN AL-ARIAN ) | |

## ORDER

The Court, having considered the consent motion submitted by Dr. Al-Arian (Dkt. No. 121), and for good cause shown, it is hereby

ORDERED that the defendant's conditions of release (Dkt. No 10) are modified so as to allow the defendant to attend the funeral and religious services to be held for William B. Moffitt. The defendant is directed to inform his pretrial ~~probation~~ officer of the details of such services.

Entered this 24th day of April, 2009

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge