IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | )   1:08cr131 (LMB) |
| v. | ) |
| | ) |
| SAMI AMIN AL-ARIAN | ) |
| | ) |

## ORDER

The Court, having considered the motion submitted by Dr. Al-Arian (Dkt. No. 128), and for good cause shown, it is hereby

ORDERED that the defendant's conditions of release (Dkt. No 10) are modified so as to allow the defendant to attend second part of the wedding and the wedding reception of his oldest daughter on March 21, 2010 from approximately 4:45 p.m. to 11:00 p.m.

It is further ORDERED that the defendant is directed to inform his pre-trial services officer of the details of such services.

Entered this 2ND day of March, 2010

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia