IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:08cr131 (LMB) |
| ) | |
| SAMI AMIN AL-ARIAN, ) | |
| ) | |
| Defendant. ) | |

O R D E R

Defendant has filed an Unopposed Motion for Continuation of September 17, 2010 Hearing Date in which he requests that the hearing be rescheduled to Friday, October 29, 2010 due to defense counsels' schedules. The motion establishes good cause and the government has not objected to it. Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the hearing on the government's motion currently scheduled for Friday, September 17, 2010 be and is rescheduled to Friday, October 29, 2010 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record, United States Pretrial Services, and the United States Marshals Service.

Entered this 7th day of September, 2010.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge