IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
OCT 28 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) 1:08cr131 (LMB) |
| SAMI AMIN AL-ARIAN, | ) |
| Defendant. | ) |

## O R D E R

The government has filed a Notice, which scheduled a hearing on October 29, 2010, in which it advises that it will move the Court to deny defendant's Motion to Dismiss and grant a pending government Motion for Reconsideration. The Court finds that a hearing on these issues is not necessary. The parties have fully briefed their positions and the Court is working on an opinion which addresses all relevant issues. Accordingly, it is hereby

ORDERED that the hearing scheduled for October 29, 2010 be and is cancelled.

The Clerk is directed to forward copies of this Order to counsel of record, United States Pretrial Services, and the United States Marshals Service.

Entered this 28th day of October, 2010.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge