IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO. 1:08-cr-131 |
| | ) |
| SAMI AMIN AL-ARIAN | ) |

## ORDER OF DISMISSAL

WHEREAS, the defendant was charged by indictment with criminal contempt in violation of 18 U.S.C. § 401, but has not yet been brought to trial;

WHEREAS, the United States represents that, in light of the circumstances, it seeks dismissal of that Indictment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT, pursuant to Federal Rule of Criminal Procedure 48(a), the Indictment is dismissed.

Date: June 27, 2014

Anthony J. Trenga
United States District Judge