Dwight L. Lawton

St. Petersburg, Florida 33705

Judge Leonie Brinkema
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

January 12, 2009

Dear Judge Brinkema:

I am writing to you about Dr. Sami Al-Arian because I have heard there will be a hearing about his case on January 16.

I met Dr. Al-Arian and his family in the mid nineties and have participated with him and his family in many community projects involved with justice and peace issues.

I have great admiration for Sami because he has been very generous with his time as we struggled together to provide a better life for those who were less fortunate.

He was both a trusted leader and supporter as we tried to educate others about their rights in both local and national venues. I have always appreciated his judgment and knowledge.

We miss him and his family here in this area because he was a positive and creative influence encouraging many of us in our endeavors.

I have met many of his former students and each of them was very appreciative of his contributions to their education and development.

He has always been so positive and upbeat about this country even when it seemed to me that our system has not always treated him with dignity and respect.

Sincerely,

Dwight Lawton